**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WICKER <br><br> Plaintiff(s), <br><br> v. <br><br> TRIUMPH GROUP AEROSPACE STRUCTURES , et al. <br><br><br> Defendant(s). | CASE NO: <br> 2:20–cv–06952–FMO–MRW <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: May 17, 2021

   /s/ *Fernando M. Olguin*
Fernando M. Olguin
United States District Judge